**Exhibit A to the Complaint**

**Location:** Stony Point, NY  **IP Address:** 74.101.168.18
**Total Works Infringed:** 41  **ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 2FE53E644E8CCD219F82C3BDE649AF6DA5FC1BC9 | Blacked | 12/21/2017 21:15:00 | 12/21/2017 | 01/18/2018 | PA0002070941 |
| 2 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 12/07/2017 21:32:57 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 3 | 05D9E9EB431AEF78D0BD2E16B66F558D4839A3BC | Tushy | 10/21/2017 05:49:34 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 4 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | Tushy | 09/25/2017 09:40:10 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 5 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 08/28/2017 13:41:35 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 6 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 09/01/2017 10:01:10 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 7 | 230CAD0925ECCA9175FBB1450E92B9CCAD2CCD55 | Vixen | 10/13/2017 09:20:03 | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 8 | 2DF6105079B3741549CB8B00DAE926D8BA035B02 | Vixen | 10/29/2017 20:00:02 | 06/13/2017 | 07/07/2017 | PA0002070830 |
| 9 | 38738F0C4BB9A6B9FBF67C80A010CB6BFE6E0F08 | Tushy | 12/18/2017 11:43:22 | 12/17/2017 | 01/18/2018 | 16215970342 |
| 10 | 3E8F6D4CA2706A7929110C454A77E9673CA98859 | Vixen | 08/03/2017 05:54:19 | 08/02/2017 | 08/17/2017 | 15732903934 |
| 11 | 4E12CE506E9EE6266939CC2CAF1719E21044739E | Blacked | 01/06/2018 11:27:20 | 01/05/2018 | 01/18/2018 | 16199943644 |
| 12 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 12/08/2017 00:18:23 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 13 | 52676DB8AF414DEA769B50EB28C052C61D366D93 | Tushy | 11/07/2017 15:01:26 | 04/01/2017 | 06/05/2017 | PA0002050768 |
| 14 | 61C5B2788912F13F21B410A1E98951191B126004 | Tushy | 10/22/2017 08:26:20 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 15 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 08/11/2017 15:44:52 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 16 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | Tushy | 07/31/2017 07:44:49 | 07/20/2017 | 08/11/2017 | PA0002046869 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 7A496D6534DC2D202F8F0C60B122CAFF208959B3 | Tushy | 08/15/2017 10:12:43 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 18 | 8B2F01B2576B1F5D6D9DE041CEC3D51135385DCF | Tushy | 09/09/2017 06:56:09 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 19 | 8B52FD7A90E10A36119BF71791AE13499BB0C147 | Tushy | 09/22/2017 07:17:24 | 03/27/2017 | 06/05/2017 | PA0002050767 |
| 20 | 9656E3F188CC3471B816D2B3310F838EC63BC2D3 | Vixen | 11/07/2017 17:12:44 | 10/16/2017 | 10/22/2017 | 15918925812 |
| 21 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 09/19/2017 04:50:06 | 09/18/2017 | 09/28/2017 | 15894022252 |
| 22 | 9D7B13403C4E2C6B859E0DC4057FD85C719268F3 | Blacked Ra | 01/01/2018 22:00:12 | 12/28/2017 | 01/18/2018 | 16215970231 |
| 23 | A41116F85A526DFD1C3CE8F69DC2356F5E5FFE45 | Tushy | 09/09/2017 09:02:55 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 24 | A4556F6DAB878C2A5320FDBBCC3F35A72810F59B | Blacked Ra | 12/19/2017 08:29:53 | 12/18/2017 | 01/18/2018 | 16215823662 |
| 25 | A4BE06D0EE2E16B1C2460B95713CBBF3FDF75F34 | Tushy | 11/01/2017 09:08:38 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 26 | A5DC6AF9DD7431FDCB3BE5B8297F9F6FB8C178AE | Vixen | 11/22/2017 06:49:46 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 27 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 12/23/2017 08:53:03 | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 28 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 10/29/2017 20:03:27 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 29 | B316A7B2BA822FD11A7D2D2733FE8293C9BE17DC | Tushy | 08/15/2017 10:13:15 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 30 | B7219E344A0E7AA2837A800E301C305D85A5DFA7 | Blacked | 12/28/2017 08:52:43 | 12/26/2017 | 01/18/2018 | 16215823966 |
| 31 | B8C4FC4A2D6EC42EECAF7D9FBA8EC87235AD5FF7 | Vixen | 10/15/2017 09:56:36 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 32 | B9266888029C4F2FE729EC54F40765EDAC6C4DAB | Vixen | 12/07/2017 21:33:06 | 11/15/2017 | 11/21/2017 | 16013342550 |
| 33 | C8A15C5271C856A5277B3514A0B418791F3DC7C8 | Blacked Ra | 11/18/2017 21:13:44 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 34 | CA6678C58C405A501AF293322491A7DBD8B843A4 | Tushy | 08/03/2017 23:50:00 | 07/15/2017 | 08/10/2017 | 15711014757 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | CF06BF9B172CD624567C9F9EE7CB1E2A97B8C66B | Tushy | 12/04/2017 06:42:31 | 12/02/2017 | 12/17/2017 | 16159649585 |
| 36 | D2EB460A7C696C3A9D62EDCD797DDDD07094F2D5 | Blacked Ra | 11/14/2017 19:32:51 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 37 | D426A2D6E52831784821746CD52676CA758A10BA | Tushy | 12/07/2017 21:58:24 | 12/07/2017 | 12/17/2017 | 16159649536 |
| 38 | DC3A476203AE28B726335CD4F5B2313D0A90B11D | Vixen | 10/03/2017 17:10:16 | 10/01/2017 | 10/10/2017 | 15894022684 |
| 39 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 08/25/2017 18:12:12 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 40 | E48665E26ACE2AC908A80B030E5B02682277F35C | Blacked Ra | 01/07/2018 21:12:51 | 01/07/2018 | 01/18/2018 | 16215824015 |
| 41 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | Blacked | 10/09/2017 14:13:47 | 07/04/2017 | 07/07/2017 | PA0002070819 |