UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 74.101.168.18, <br><br> Defendant. | Civil Action No. 7:18-cv-01486-NSR |

PLAINTIFF'S NOTICE OF SETTLEMENT AND
VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 74.101.168.18 ("Defendant"), through Defendant's counsel, Robert Z. Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 1, 2018     Respectfully submitted,

          By:   /s/ *Jacqueline M. James*
                Jacqueline M. James, Esq. (#1845)
                The James Law Firm, PLLC
                445 Hamilton Avenue, Suite 1102
                White Plains, New York 10601
                T: 914-358-6423
                F: 914-358-6424
                E-mail: jjameslaw@optonline.net
                *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.
